IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIXIE PANKOTAI,** | : | No. 4:16-cv-484 |
| **Plaintiff** | : | |
| | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| v. | : | |
| | : | |
| **ANDREW BROWN,** | : | |
| **Defendant** | : | |

## ORDER

Before the Court in the above-captioned action is the March 31, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed. **AND NOW**, on this 21st day of April 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 7) of Magistrate Judge Mehalchick;

2) Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

3) Plaintiff may amend her complaint within twenty (20) days of the date of this order to address the pleading deficiencies identified in Magistrate Judge Mehalchick's Report and Recommendation. If Plaintiffs fails to amend or waives amendment within that time, the Clerk of Court shall close this case.

*S/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania